IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE

Civil Case No.    07-cv-01109-LTB-BNB

SHARON L. BAROS,

       Plaintiff,

v.

MATRIX LOGISTICS, INC., and
ADVANTAGE LOGISTICS USA WEST, LLC,

       Defendants.
_____

**ORDER**
_____

THIS MATTER having come before the Court on the Plaintiff's Unopposed Motion for Voluntary Dismissal With Prejudice of Matrix Logistics, Inc. (Doc 21 - filed November 2, 2007), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE as to Defendant Matrix Logistics, Inc. only,** each party to pay their own fees and costs.

                           BY THE COURT:

                           s/Lewis T. Babcock
                           Lewis T. Babcock, Judge

DATED:   November 5, 2007